# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 13, 2022

Lyle W. Cayce
Clerk

No. 21-11200

Hoover Panel Systems, Incorporated,

*Plaintiff—Appellant*,

*versus*

HAT Contract, Incorporated,
*also known as* HAT Contract, L.L.C.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-3283

Before Jones, Smith, and Graves, *Circuit Judges*.

Per Curiam:[*]

Hoover Panel Systems, Incorporated, sued HAT Contract, Incorporated, in regard to a confidentiality agreement, alleging breach of contract, misappropriation of trade secrets, promissory estoppel, quantum meruit, and unjust enrichment. The district court dismissed as explained in its comprehensive 22-page Findings of Fact and Conclusions of Law.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-11200

On appeal, Hoover raises procedural and substantive issues. We have reviewed the briefs, applicable parts of the record, and the pertinent law, and we have heard the oral arguments of counsel. Hoover's claims all lack merit. The district court did not err in denying Hoover's demand for a jury or in finding for HAT Contract on Hoover's claims.

The judgment is AFFIRMED, essentially for the reasons set forth by the district court.